STATE OF NEW JERSEY v. JAMES VINCELLI.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LONNIE HALL.

May 6, 1975. Petition for certification denied.

ROBERT F. BRADLEY v. JOHN RAPP.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA CAROL MURRAY.

May 6, 1975. Petition for certification denied.

HOUSING AUTHORITY OF THE CITY OF NEWARK v.
SUSIE WEST.

May 6, 1975. Petition for certification granted. (See
132 N. J. Super. 229).

STATE OF NEW JERSEY v. LEONARD BOWENS.

May 6, 1975. Petition for certification denied.